FILED IN
COURT OF CRIMINAL APPEALS

August 17, 2015

ABEL ACOSTA, CLERK

PD-1053-15

PD-1053-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 8/12/2015 10:19:53 AM
Accepted 8/17/2015 12:18:33 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| GERALD MAC LOWREY | § | IN THE COURT OF |
| | § | |
| VS. | § | CRIMINAL APPEALS |
| | § | |
| STATE OF TEXAS | § | OF TEXAS |

COURT OF APPEALS NUMBER 06-14-00172-CR

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes Gerald Mac Lowrey, Appellant in the above styled and numbered cause, and moves for an extension of time of 60 days to file a petition for discretionary review, and for good cause shows the following:

1. On July 14, 2015, the Sixth District Court of Appeals affirmed appellant's conviction. Gerald Mac Lowrey v. State, Cause number 06-14-00172-CR. This petition is therefore due on August 13, 2015.

2. Appellant has indicated to the undersigned attorney that he wishes to file a Petition for Discretionary Review. The undersigned attorney was Appellant's court appointed attorney on appeal to the Court of Appeals. The undersigned attorney is filing this Motion so that Appellant can make arrangements to file his Petition for Discretionary Review with the Court of Criminal Appeals. The undersigned is presently representing Appellant for the

limited purposes of filing this Motion. Appellant has been unable to complete the petition for the following reasons: Appellant is truck driver, and is currently driving over the road. He does not have the education or training to file his own Petition for Discretionary Review. Appellant has indicated to the undersigned attorney that he is without funds to hire an attorney, but believes that he can raise money within the month to hire an attorney.

3. Defendant is currently free on bond.

WHEREFORE, PREM ISES CONSIDERED , appellant respectfully requests an extension of 60 days, i.e. until October 12, 2015, to file a petition for discretionary review.

Respectfully submitted,

Gary L. Waite
104 Lamar Ave.
Paris, Texas 75460
(903) 785-0096
(903) 785-0097

By:/s/Gary L. Waite
    Gary L. Waite
    State Bar No. 20667500
    garywaite@sbcglobal.net
    Attorney for Gerald Mac Lowrey

## CERTIFICATE OF SERVICE

This is to certify that on August 12, 2015, a true and correct copy of the above and foregoing document was served on the County Attorney's Office, Lamar County, 119 N. Main, Paris, Texas 75460, by personal delivery.

/s/ Gary L. Waite
Gary L. Waite